**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00378-CV

### KELVIN PRUITT, Appellant

### V.

### EL LAGO APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00583-2015**

## ORDER

In response to our October 16, 2015 order, court reporter Denise Y. Condran has filed written verification that appellant has not requested the reporter's record. We cautioned appellant in our July 30, 2015 order that if we received written verification that he had not requested the record, we would without further notice order the appeal submitted without the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record. TEX. R. APP. P. 37.3(c)(1). As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than November 18, 2015. *See id.* 38.6(a).

We **VACATE** that portion of our October 16, 2015 order directing Ms. Condran to not sit. Moreover, we **DIRECT** the Clerk of the Court to send copies of this order, by electronic

transmission, to the Honorable Lance S. Baxter, Presiding Judge, Collin County Court at Law No. 3; Denise Y. Condran; Collin County Auditor; and all parties.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE